No. 158, Misc.  In re Fletcher.  C. A. 4th Cir. Certiorari denied.

No. 159, Misc.  Johnson v. Ragen, Warden.  C. A. 7th Cir. and United States District Court for the Northern District of Illinois, Eastern Division.  Certiorari denied.

No. 162, Misc.  Dixon v. Bovey, Warden.  Supreme Court of Nebraska.  Certiorari denied.

No. 163, Misc.  Morgan v. Sylvester et al.  C. A. 2d Cir.  Certiorari denied.  Petitioner pro se.  Jacob K. Javits, Attorney General of New York, James O. Moore, Jr., Solicitor General, and Samuel A. Hirshowitz and Daniel M. Cohen, Assistant Attorneys General, for respondents.

No. 164, Misc.  Crabtree v. United States.  C. A. 10th Cir.  Certiorari denied.

No. 166, Misc.  Thompson v. Michigan.  Supreme Court of Michigan.  Certiorari denied.

No. 175, Misc.  Hill v. United States.  C. A. 6th Cir.  Certiorari denied.  Petitioner pro se.  Solicitor General Sobeloff, Assistant Attorney General Olney and Beatrice Rosenberg for the United States.

No. 180, Misc.  Watson v. California.  District Court of Appeal of California, Second Appellate District, Division Three.  Certiorari denied.